## Commonwealth *v.* Williams, Appellant.

Submitted November 8, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Abraham T. Needleman, Dennis H. Eisman, Joel D. Caney, Gerald A. Stein,* and *Needleman, Needleman, Tabb & Eisman, Ltd.,* for appellant.

*Benjamin H. Levintow* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 25, 1974:
Judgments of sentence reversed and a new trial awarded. *Commonwealth v. Contakos,* 455 Pa. 136, 314 A.2d 259 (1974).